1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WARNER BROS. RECORDS INC., et al.

       Plaintiffs,

  v.

JULIAN ROMERO,

       Defendant.

_____/

No. C 07-01451 JSW

**ORDER REFERRING MOTION FOR DEFAULT JUDGMENT FOR REPORT AND RECOMMENDATION**

     Pursuant to Northern District Civil Local Rule 72-1, Plaintiffs' motion for default judgment is HEREBY REFERRED to a randomly assigned Magistrate Judge for the purpose of preparing a Report and Recommendation on the motion. The hearing date set for August 3, 2007 is VACATED.

     **IT IS SO ORDERED.**

Dated: June 13, 2007

                          _____
                     JEFFREY S. WHITE
                     UNITED STATES DISTRICT JUDGE

cc:    Wings Hom