Matthew Franklin Jaksa (State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
matt.jaksa@hro.com

Attorneys for Plaintiffs,
WARNER BROS. RECORDS INC.; SONY BMG MUSIC ENTERTAINMENT; BMG MUSIC; PRIORITY RECORDS LLC; VIRGIN RECORDS AMERICA, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; and INTERSCOPE RECORDS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; PRIORITY RECORDS LLC, a California limited liability company; VIRGIN RECORDS AMERICA, INC., a California corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; and INTERSCOPE RECORDS, a California general partnership,<br>                    Plaintiffs,<br>       v.<br>JULIAN ROMERO,<br>                    Defendant. | CASE NO. C-07-01451-JSW<br><br>Honorable Jeffrey S. White<br><br>***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

*EX PARTE* APPLICATION
CASE NO. C-07-01451-JSW
#30548 v1

1  Plaintiffs hereby request that the Court continue the case management conference currently set for June 22, 2007, at 1:30 p.m. to September 21, 2007.  Plaintiffs filed their complaint in this matter on March 13, 2007.  Defendant was served with the summons and complaint on April 12, 2007, by substitute service.  Defendant failed to answer or otherwise respond to the complaint.  The clerk of this Court entered default against Defendant on May 24, 2007.  Accordingly, along with this application, Plaintiffs have filed their motion for default judgment by the Court.  Therefore, no case management conference is necessary at this time.  Plaintiffs therefore respectfully request that the Court continue the case management conference currently set for June 22, 2007, at 1:30 p.m. to September 21, 2007.

Dated:  June 12, 2007        HOLME ROBERTS & OWEN LLP


                By:  ___/s/ Matthew Franklin Jaksa_____
                    Matthew Franklin Jaksa
                    Attorney for Plaintiffs


**ORDER**

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for June 22, 2007, at 1:30 p.m. is hereby ~~continued to September 21, 2007~~.  VACATED


Dated:  June 13, 2007        By:  _/s/ Jeffrey S. White_
                    Honorable Jeffrey S. White
                    United States District Judge

1